IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07CR3051 |
| ) | |
| DALE A. WEICHEL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue Plea Hearing, filing 25, from October 18, 2007, until Friday, November 9, 2007, at 1:00 p.m. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's plea hearing shall be continued until November 9, 2007, at 1:00 p.m. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's plea hearing. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from October 18, 2007, until November 9, 2007, shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 17th day of October, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge