IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>               Plaintiff,                     )<br>                                                              )<br>        v.                                              )<br>                                                              )<br>DALE A. WEICHEL,                       )<br>                                                              )<br>               Defendant.                  )<br>                                                              ) | Case No. 4:07cr3051<br><br><br>TENTATIVE FINDINGS |

   The Defendant's Statement Regarding the Revised Presentence Investigation Report (RPIR), filing 47, says that "Mr. Weichel has no objection to the manner in which the probation office has calculated his tentative sentence under the guidelines.  Mr. Weichel notes, however, that his income stated in RPIR ¶ 60 should read $15,000, not $75,000."   Other than the figure stated in paragraph 60 of the Revised Presentence Investigation Report, to which the defendant has objected, I find that the Revised Presentence Investigation Report is true and accurate.  Objections to these tentative findings may be made at the time of the sentencing, but no evidence shall be received and none has been requested.

   Dated April 15, 2008.

                                        BY THE COURT

                                        s/ Warren K. Urbom
                                        United States Senior District Judge