IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:07CR3051 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DALE A. WEICHEL, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter comes before the court on the plaintiff's Motion for Extension of Time, filing 58.

    The Court finds that the motion should be granted. The plaintiff is given until August 22, 2008, to respond to Defendant's Motion for Return of Seized property.

    Dated August 18, 2008.

                                BY THE COURT:

                                s/ Warren K. Urbom
                                United States Senior District Judge