IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:07CR3051 |
| v. | ) ) | |
| DALE A. WEICHEL, | ) ) | ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR RETURN |
| Defendant. | ) ) | OF SEIZED PROPERTY |

In accordance with *Ball v. United States*, 193 F.3d 998 (8th Cir. 1999), and *U.S. v. Burton*, 167 F.3d 410 (8th Cir. 1999),

IT IS ORDERED that:

1. a hearing shall be had on the defendant's Motion for Return of Seized Property, filing 57, for receipt of evidence of whether the United States has ever possessed or had custody of the property sought by the Motion for Return of Seized Property; and

2. the hearing shall commence at 1:30 p.m. on September 3, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

Dated August 28, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

.